

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama



EXHIBIT B

**INITIATE NEW BROWSE**

| | | |
|---|---|---|
| Corporation Legal Name: | General Insurance Company of America | FIC 852-870 |
| State Of Inc: | Washington | |
| Qualified...: | 00-00-1934 | |
| Reg Agent...: | SUPERINTENDENT OF INSURANCE | |
| Prin Address: | 4347 BROOKLYN AVENUE NE<br>SEATTLE, WA  98105 | |
| Nat Of Bus..: | --- | |

2006  **ANNUAL REPORTS**

**← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama