# CITY OF TUSKEGEE



MAYOR
  JOHNNY FORD

CITY MANAGER
  ALFRED J. DAVIS



COUNCIL AT LARGE

COUNCIL MEMBERS
LUTALO K. ARYEE
DISTRICT 1
WILLIAMS LOUISE FIELDS
DISTRICT 2
GEORGETTE WHITE MOON
DISTRICT 3

P.O. BOX 830687
101 FONVILLE STREET
TUSKEGEE, ALABAMA 36083
PHONE: (334) 727-2180 • FAX: (334) 727-4820
March 1, 2006

## NOTICE OF PROPERTY MAINTENANCE CODE VIOLATIONS

### VIA CERTIFIED MAIL

Arcidus Baums
P. O. Box 830324
Tuskegee, AL 36083

*Re: 703 Brewer Street, Tuskegee, AL 36083*

Dear Mr. Baums:

This is a notice that the property you own or are responsible for at the above-referenced address has been inspected and found to be unsafe for habitation or use.

An inspection report which sets forth the violations found on the property is enclosed herewith. This notice is being issued because the degree to which the structure is in disrepair or lacks maintenance is dangerous to the life, health, property or safety of the public. These conditions must be corrected immediately.

You have **ten (10) days** from the date of receipt of the certified letter to file a plan of remediation with the Department of Building, Engineering and Planning. The plan must include all steps you plan to take to address and correct each violation in the inspection report, up to and including the demolition of the structure. These violations must be addressed and corrected within sixty (60) – ninety (90) days from the submission of your remediation plan.

**Do not disregard this notice!** Failure to comply with these instructions within the stated period *will* result in further action by the City of Tuskegee. The property will be restored, demolished or removed at the direction of the City. Any and all costs (including administrative fees) associated with the remediation will be assessed to you and will constitute a lien against the property.

Page Two
Arcidus Baums
March 1, 2006

You have the right to appeal the determination that the property conditions violate the relevant codes. You must file your appeal within **twenty (20) days** from your receipt of this notice. In support of this appeal you must clearly and adequately show: (1) why the intent of the code or the rules legally adopted have been incorrectly interpreted, or (2) why the provisions of the code are inapplicable, or (3) that the requirements of the code are adequately satisfied by other means. An application for appeal is available upon request from the Building, Engineering and Planning Department.

For additional information, please contact the Building, Engineering and Planning Department at 334-724-2153.

Sincerely,

*James Harris*

James Harris
Building Inspector

Pc:  Mr. Alfred J. Davis, City Manager