

EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARCIDUS BAUMS, | * |
| Plaintiff, | * |
| v. | *   CASE NO. _____ |
| GENERAL INSURANCE COMPANY OF AMERICA, CITY OF TUSKEGEE, et al., | * |
| Defendants. | * |

## AFFIDAVIT OF ALFRED J. DAVIS

STATE OF ALABAMA
MACON COUNTY

This day, personally appeared before me, the undersigned, **Alfred J. Davis**, who being by me first duly sworn, deposes and says as follows:

My name is Alfred J. Davis and I am City Manager of the City of Tuskegee. I am over the age of 19 years and of sound mind.

Attached to this affidavit as **Exhibit A** is a true and accurate copy of City of Tuskegee Ordinance No. 2004-5 which adopted the Property Maintenance Code. The Ordinance was enacted by the City of Tuskegee on May 11, 2004.

Mr. Arcidus Baums was sent a letter by certified mail on March 1, 2006, a copy of which is attached hereto as **Exhibit B** and made a part hereof. In that letter, Mr. Baums was notified that an inspection had found violations on the property which he owned at 703 Brewer Street, Tuskegee, Alabama. Mr. Baums was notified in the letter that he had 10 days from the date of receipt of the certified letter to file a plan of remediation with the Department of Building, Engineering and Planning. He was also notified that he had to right to appeal the determination that the property conditions violated the relevant codes by filing an appeal within 20 days from his receipt of the notice.

1

As of June 20, 2006, Mr. Baums has not filed a remediation plan and has not filed an appeal within the time allowed under the Ordinance of the City of Tuskegee.

_____
ALFRED J DAVIS

SWORN TO AND SUBSCRIBED before me this 20th day of June, 2006.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES: 1/08/09

2