**EXHIBIT E**

IN THE CIRCUIT COURT OF MACON COUNTY,
ALABAMA

| | |
|---|---|
| ARCIDUS BAUMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO. CV-06-103 |
| | * |
| GENERAL INSURANCE COMPANY | * |
| OF AMERICA, CITY OF TUSKEGEE, | * |
| et al., | * |
| | * |
| Defendants. | * |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Hon. Eddie D. Mallard, Clerk
      Macon County Circuit Court
      P. O. Box 830723
      Tuskegee, AL 36083

Please take notice that General Insurance Company of America, a Defendant in the above entitled action, has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, a copy of which is attached hereto as **Exhibit 1**.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT
Attorney for Defendant General Insurance
Company of America

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing upon:

James David Martin, Esq.
Mitchel H. Boles, Esq.
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347

Latasha Meadows, Esq.
Chestnut, Sanders, Sanders,
    Pettaway & Campbell, LLC
P. O. Box 1290
Selma, AL 36702-1290

by placing a true copy of same in the United States mail, postage prepaid, this 22nd day of June, 2006.

_____
Of Counsel