

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARCIDUS BAUMS, | * |
| Plaintiff, | * |
| v. | * CASE NO. _____ |
| GENERAL INSURANCE COMPANY OF AMERICA, CITY OF TUSKEGEE, et al., | * |
| Defendants. | * |

### JOINDER AND CONSENT TO REMOVAL

Comes now the Defendant, City of Tuskegee, and hereby consents to and joins in the removal of this action to the United States District Court for the Middle District of Alabama filed by Defendant General Insurance Company of America. In consenting to removal of this action, this Defendant adopts and incorporates by reference the Notice of Removal filed by Defendant General Insurance Company of America as if fully set out herein.

LATASHA A. MEADOWS (MEA020)
Attorney for Defendant City of Tuskegee

OF COUNSEL:

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, LLC
P. O. Box 1290
Selma, AL 36702-1290
(334) 875-9264
lmeadows@csspca.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing upon:

    James David Martin, Esq.
    Mitchel H. Boles, Esq.
    Copeland, Franco, Screws & Gill, P.A.
    P. O. Box 347
    Montgomery, AL 36101-0347

    Ron Davenport, Esq.
    Rushton, Stakely, Johnston & Garrett, P.A.
    P. O. Box 270
    Montgomery, AL 36101-0270

by placing a true copy of same in the United States mail, postage prepaid, this _____ day of June, 2006.

                                                          /s/
                                                      Of Counsel