## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **ARCIDUS BAUMS,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.: CV-00558** |
| | ) |
| **GENERAL INSURANCE COMPANY OF** | ) |
| **AMERICA; CITY OF TUSKEGEE, et al.,** | ) |
| **Defendants.** | ) |
| | ) |

## ANSWER OF DEFENDANT CITY OF TUSKEGEE

**COMES NOW** the City of Tuskegee, one of the Defendants in the above-captioned matter and for its Answer to Plaintiff's Complaint states as follows:

1. Based upon information and belief, defendant admits the facts of paragraph 1.

2. Based upon information and belief, the allegations of paragraph 2 are admitted.

3. Defendant admits that it is a municipal corporation organized and existing under that basis of the State of Alabama, located in Macon County, Alabama.

4. Defendant lacks sufficient information to admit or deny the allegations of paragraph 4. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

5. Defendant lacks sufficient information to admit or deny the allegations of paragraph 5. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

6. Defendant lacks sufficient information to admit or deny the allegations of paragraph 5. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

7. Based upon information and belief, the allegations of paragraph 7 are admitted.

8. This defendant lacks sufficient information to admit or deny the allegations of paragraph 8. Therefore all allegations contained therein are denied and defendant demands strict proof thereof.

9. Based upon information and belief, defendant admits that plaintiff's home has been severely damaged by fire. However, defendant lacks sufficient information to admit or deny the remaining allegations of paragraph 9. Therefore, all allegations not specifically admitted are denied and defendant demands strict proof thereof.

10. Defendant lacks sufficient information to admit or deny the allegations of paragraph 10. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

11. Defendant lacks sufficient information to admit or deny the allegations of paragraph 11. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

12. Defendant lacks sufficient information to either admit or deny Defendant lacks sufficient information to admit or deny the allegations of paragraph 12. Therefore, all allegations contained therein are denied and this defendant demands strict proof thereof.

13. Defendant lacks sufficient information to admit or deny the allegations of paragraph 13. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

14. Defendant lacks sufficient information to admit or deny the allegations of paragraph 14. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

15. Defendant lacks sufficient information to admit or deny the allegations of paragraph 15. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

16. Defendant lacks sufficient information to admit or deny the allegations of paragraph 16. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

17. Defendant lacks sufficient information to admit or deny the allegations of paragraph 17. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

18. Defendant admits that it wrote a letter to plaintiff dated March 1, 2006. However, all remaining allegations of paragraph 18 are denied and defendant demands strict proof thereof.

19. Defendant lacks sufficient information to admit or deny the allegations of paragraph 19. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

20. Defendant re-adopts and incorporates by reference its answers to the preceding paragraphs as if fully set forth herein.

21. Defendant lacks sufficient information to admit or deny the allegations of paragraph 21. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

22. Defendant lacks sufficient information to admit or deny the allegations of paragraph 22. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

23. Defendant lacks sufficient information to admit or deny the allegations of paragraph 23. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

24. Defendant admits that plaintiff's home has fallen into such a state of disrepair that it violates the City's Property Maintenance Code and has been deemed unsafe for habitation or use. Defendant denies that if has made any treats against plaintiff. This defendant lacks sufficient information to admit or deny the remaining allegations of paragraph 24. Therefore, all allegations not specifically admitted herein are denied and defendant demands strict proof thereof.

25. Defendant re-adopts and incorporates by reference its answers to the preceding paragraphs as it fully set forth herein.

26. Defendant lacks sufficient information to admit or deny the allegations of paragraph 26. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

27. Defendant lacks sufficient information to admit or deny the allegations of paragraph 27. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

28. Defendant lacks sufficient information to admit or deny the allegations of paragraph 28. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

29. Defendant lacks sufficient information to admit or deny the allegations of paragraph 29. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

30. Defendant lacks sufficient information to admit or deny the allegations of paragraph 30. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

31. Defendant lacks sufficient information to admit or deny the allegations of paragraph 31. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

32. Defendant lacks sufficient information to admit or deny the allegations of paragraph 32. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

33. Defendant lacks sufficient information to admit or deny the allegations of paragraph 33. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

34. Defendant lacks sufficient information to admit or deny the allegations of paragraph 34. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

35. Defendant lacks sufficient information to admit or deny the allegations of paragraph 35. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

36. Defendant lacks sufficient information to admit or deny the allegations of paragraph 36. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

37. Denied.

38. Defendant lacks sufficient information to admit or deny the allegations of paragraph 23. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

39. Defendant lacks sufficient information to admit or deny the allegations of paragraph 39. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

40. Defendant lacks sufficient information to admit or deny the allegations of paragraph 40. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

41. Defendant lacks sufficient information to admit or deny the allegations of paragraph 41. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

42. Defendant lacks sufficient information to admit or deny the allegations of paragraph 42. Therefore, all allegations contained therein are denied and defendant demands strict proof thereof.

43. Denied.

44. Denied.

45. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to exhaust his administrative remedies.

2. Plaintiff's complaint fails to state a claim upon which relief can be granted.

**Respectfully submitted,**

  **/s/ LaTasha A. Meadows**
**LaTasha A. Meadows (MEA020)**
**Katy Smith Campbell (CAM048)**
**ATTORNEYS FOR DEFENDANT**


**OF COUNSEL:**

**CHESTNUT, SANDERS, SANDERS,**
**PETTAWAY  & CAMPBELL, L.L.C.**
**Post Office Box 1290**
**Selma, Alabama 36702-1290**

## CERTIFICATE OF SERVICE

This is to certify that I have this 23rd day of June 2006, served a copy of the

foregoing Answer upon counsel for Plaintiff by electronic mail.

**J. David Martin**
**Mitchel H. Boles**
**COPELAND, FRANCO, SCREWS & GILL, P.A.**
**Post Office Box 347**
**Montgomery, Alabama 36101-0347**

**Ronald G. Davenport**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
**Post Office Box 270**
**Montgomery, Alabama 36101-0270**

  **/s/ LaTasha A. Meadows**
**OF COUNSEL**