IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARCIDUS BAUMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO. 3:06-cv-558-MEF |
| | * |
| GENERAL INSURANCE COMPANY | * |
| OF AMERICA, CITY OF TUSKEGEE, | * |
| et al., | * |
| | * |
| Defendants. | * |

**REPORT OF THE PARTIES' PLANNING MEETING**

1.   Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on July 20, 2006 and was attended by:

James David Martin and Mitchel H. Boles for plaintiff
Ronald G. Davenport for defendant General Insurance Company of America
LaTasha Meadows and Katy Smith Campbell for defendant City of Tuskegee

2.   **Pre-discovery Disclosures.**  The parties will exchange by **August 15, 2006** the information required by [Fed.R.Civ.P. 26 (a)(1)].

3.   **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

   **A. Plaintiff's allegation of facts**
   **B. Defendants' allegation of facts**
   **C. Any experts by either party**

All discovery commenced in time to be completed by **February 15, 2007.**

Maximum of **35** interrogatories by each party to any other party. [Responses due **30** days after service.]

Maximum of **25** requests for admission by each party to any other party. [Responses due **30** days after service.]

1

Maximum of 7 depositions by plaintiff and 7 by defendants.

Each deposition limited to maximum of **7** hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:
    from plaintiff by **December 1, 2006.**
    from defendants by **January 5, 2007.**

Supplementations under Rule 26(e) due by **November 15, 2006.**.

4.     **Other Items.**

The parties **do not request** a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in **May 2007**.

Plaintiff should be allowed until **October 15, 2006** to join additional parties and until **November 1, 2006** to amend the pleadings.

Defendants should be allowed until **November 15, 2006** to join additional parties and until **December 1, 2006** to amend the pleadings.

All potentially dispositive motions should be filed by **February 15, 2007.**

Settlement **cannot be evaluated prior to January 12, 2007.**

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
    from plaintiff by **January 10, 2007.**
    from defendants by **January 10, 2007.**

Parties should have **14** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by **June 25, 2007.**


Submitted this 20 July 2006. The undersigned certify that they have secured concurrence from counsel for all parties participating in the planning meeting to submit this report.

                                      **/s/ Ronald G. Davenpor**t_____
                                      RONALD G. DAVENPORT
                                      Attorney for Defendant General Insurance
                                      Company of America

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

                                      **/s/ James David Martin**_____
                                      JAMES DAVID MARTIN
                                      MITCHEL H. BOLES
                                      Attorneys for Plaintiff

OF COUNSEL:

Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
martin@copelandfranco.com
boles@copelandfranco.com

                                      **/s/ LaTasha Meadows**_____
                                      LATASHA MEADOWS
                                      KATY SMITH CAMPBELL
                                      Attorneys for Defendant City of Tuskegee

OF COUNSEL:

Chestnut, Sanders, Sanders,
   Pettaway & Campbell, LLC
P. O. Box 1290
Selma, AL 36702-1290
lmeadows@csspca.com
kcampbell@csspca.com