IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ARCIDUS BAUMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-558-MEF |
| | ) | |
| GENERAL INSURANCE COMPANY | ) | |
| OF AMERICA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #8) filed on July 19, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before August 8, 2006. The plaintiff may file a reply brief on or before August 15, 2006.

DONE this 27th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE