CHESTNUT, SANDERS, SANDERS, PETTAWAY, & CAMPBELL, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
ONE UNION STREET — SELMA, ALABAMA 36702-1290

J. L. CHESTNUT, JR.
HENRY SANDERS
ROSE M. SANDERS
COLLINS PETTAWAY, JR.
KATY SMITH CAMPBELL

PRINCE D. CHESTNUT
KINDAKA J. SANDERS

MAILING ADDRESS:
P. O. BOX 1290
SELMA, ALABAMA 36702-1290
(334) 875-9264
TELECOPIER: (334) 875-9853

August 7, 2006

Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Re: *Arcidus Baums vs. General Insurance Company of America, et al.*
Civil Action No.: CV-00558

Dear Mr. Davenport:

On behalf of the City of Tuskegee, Alabama, we are writing to provide you with additional information on the enforcement of the City's Property Maintenance Code. It is the City's goal to encourage property owners to maintain and/or improve their properties in a manner that is conducive to the health, safety and overall physical appearance of the community. However, the City seeks to achieve these objectives in a manner that does not pose an undue burden on the property owners.

To that end, the City has been very lenient about allowing property owners additional time to bring their property up to code when necessary. We submit the following:

1. The City of Tuskegee will not take any action against Mr. Baums' property located at 703 Brewer Street, Tuskegee, Alabama until a reasonable period of time has elapsed following the conclusion of this litigation.

2. Mr. Baums could have received a stay of the proceedings without litigation against the City of Tuskegee by notifying the City of his intention to remediate after settlement of his claim against the insurance company or at the conclusion of the litigation.

Please do not hesitate to contact me if you have any questions or need additional information.

Very truly yours,

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.

BY: *Katy Smith Campbell*
KATY SMITH CAMPBELL

KSC/tm

EXHIBIT
1