IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARCIDUS BAUMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-558-MEF |
| ) | |
| GENERAL INSURANCE COMPANY ) | |
| OF AMERICA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Strike (Doc. #13) filed on August 14, 2006, it is hereby

ORDERED that the defendants show cause in writing on or before August 23, 2006 as to why the motion should not be granted.

DONE this 22nd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE