IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARCIDUS BAUMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v., | * CASE NO. 3:06-cv-558-MEF |
| | * |
| GENERAL INSURANCE COMPANY | * |
| OF AMERICA, CITY OF TUSKEGEE, | * |
| et al., | * |
| | * |
| Defendants. | * |

**MOTION TO BE ALLOWED TO FILE AFFIDAVIT OF CITY
MANAGER OF THE CITY OF TUSKEGEE OUT OF TIME**

Comes now the Defendant, General Insurance Company of America, and moves the Court to be allowed to file the Affidavit of Alfred J. Davis, City Manager of the City of Tuskegee, Alabama, out of time and as grounds therefore shows as follows:

1. Plaintiff filed a motion to strike a letter from the attorney of record for the City of Tuskegee on August 14, 2006.

2. This Court issued a Show Cause Order on August 22, 2006 as to why said motion should not be granted.

3. General Insurance Company of America filed an Opposition to the Motion to Strike on August 23, 2006.

4. General Insurance Company of America has obtained an affidavit from the City Manager of the City of Tuskegee, a copy of which is attached as **Exhibit 1** and made a part hereof, which sets forth in affidavit form the same statements set forth in the letter from the attorney for the City of Tuskegee.

1

WHEREFORE, General Insurance Company of America moves the Court to allow it to file the Affidavit attached hereto as **Exhibit 1** out of time and in support of its Opposition to Motion to Remand

/s/ Ronald G. Davenport
RONALD G. DAVENPORT
Attorney for Defendant General Insurance
Company of America


OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 23, 2006,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James David Martin, Esq.
Mitchel H. Boles, Esq.
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
martin@copelandfranco.com
boles@copelandfranco.com

Latasha Meadows, Esq.
Katy Smith Campbell, Esq.
Chestnut, Sanders, Sanders,
   Pettaway & Campbell, LLC
P. O. Box 1290
Selma, AL 36702-1290
lmeadows@csspca.com
kcampbell@csspca.com


                              /s/ Ronald G. Davenport
                              OF COUNSEL

STATE OF ALABAMA )
)
COUNTY OF MACON )

### AFFIDAVIT OF ALFRED J. DAVIS

COMES NOW Alfred J. Davis, being duly sworn and testifies as follows:

1. I am above the age of 19 years and am a resident of Tuskegee, Alabama.
2. I am currently employed as the City Manager of the City of Tuskegee, Alabama and am thereby responsible for overseeing the day-to-day operations of the City, including the enforcement of the Property Maintenance Code.
3. In our enforcement of the Code we have placed heavy emphasis on working with property owners to remediate properties in the least burdensome manner possible.
4. The City of Tuskegee will not take any action against Plaintiff's property located at 703 Brewer Street, Tuskegee, Alabama until a reasonable period of time has elapsed following the conclusion of this litigation.
5. Plaintiff could have received a stay of the proceedings by notifying the City of Tuskegee of his intention to remediate after settlement of his claim against the insurance company or at the conclusion of the litigation.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ALFRED DAVIS

SWORN to and SUBSCRIBED before me on this the 23 day of August, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES 1/08/09

(SEAL)

**EXHIBIT 1**