STATE OF ALABAMA )
)
COUNTY OF MACON )

### AFFIDAVIT OF ALFRED J. DAVIS

COMES NOW Alfred J. Davis, being duly sworn and testifies as follows:

1. I am above the age of 19 years and am a resident of Tuskegee, Alabama.
2. I am currently employed as the City Manager of the City of Tuskegee, Alabama and am thereby responsible for overseeing the day-to-day operations of the City, including the enforcement of the Property Maintenance Code.
3. In our enforcement of the Code we have placed heavy emphasis on working with property owners to remediate properties in the least burdensome manner possible.
4. The City of Tuskegee will not take any action against Plaintiff's property located at 703 Brewer Street, Tuskegee, Alabama until a reasonable period of time has elapsed following the conclusion of this litigation.
5. Plaintiff could have received a stay of the proceedings by notifying the City of Tuskegee of his intention to remediate after settlement of his claim against the insurance company or at the conclusion of the litigation.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ALFRED DAVIS

SWORN to and SUBSCRIBED before me on this the 23 day of August, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES 1/08/09

(SEAL)

**EXHIBIT 1**