**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Baums v. General Insurance Company of America et al**
**Case Number:   3:06-cv-00558-MEF**

**Referenced Pleading: Exhibit 1 Affidavit  - Attachment to Doc. 16 Motion for leave to file Affidavit  - Doc.  16**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**