IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 SEP -5 P 4: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ARCIDUS BAUMS, | * |
| Plaintiff, | * |
| v. | * CASE NO. 3:06-cv-558-MEF |
| GENERAL INSURANCE COMPANY OF AMERICA, CITY OF TUSKEGEE, et al., | * |
| Defendants, | * |
| AND | * |
| GENERAL INSURANCE COMPANY OF AMERICA, | * |
| Third-Party Plaintiff, | * |
| v. | * |
| CRAWFORD & COMPANY, | * |
| Third-Party Defendant. | * |

## MOTION TO FILE THIRD-PARTY COMPLAINT

Comes now Defendant, General Insurance Company of America, and moves for leave as third-party plaintiff, to cause to be served upon Crawford & Company a summons and third-party complaint, copies of which are attached hereto as **Exhibit A**.

This motion is based upon the pleading and papers on file in this action and this motion.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant and Third-Party
Plaintiff General Insurance Company
of America

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing upon:

James David Martin, Esq.
Mitchel H. Boles, Esq.
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
martin@copelandfranco.com
boles@copelandfranco.com

Latasha Meadows, Esq.
Chestnut, Sanders, Sanders,
   Pettaway & Campbell, LLC
P. O. Box 1290
Selma, AL 36702-1290
lmeadows@csspca.com

by placing a true copy of same in the United States mail, postage prepaid, this 5th day of ~~August~~ Sept., 2006.

_____
Of Counsel