IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| ARCIDUS BAUMS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CASE NO. 3:06-cv-558-MEF | |
| | ) | | |
| GENERAL INSURANCE COMPANY | ) | | |
| OF AMERICA, *et al.,* | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **O R D E R**

Upon consideration of the defendant's Motion to be Allowed to File Affidavit of City Manager of the City of Tuskegee Out of Time (Doc. #16) filed on August 23, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 11th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE