IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARCIDUS BAUMS, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-558-MEF |
| | ) |
| GENERAL INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion and Order (Doc. # 20) issued on

October 23, 2006, it is hereby ORDERED as follows:

(1) The Clerk of the Court is DIRECTED to take appropriate steps to effect the

remand of the Plaintiff's claims against the City of Tuskegee.  All other claims in the case

remain pending, and the file remains open.

(2) The caption of the case is changed to reflect that General Insurance Company

of America is the only named Defendant.  The parties are directed to use the new caption

as it appears on this Order for all future submissions to this Court.

DONE this the 9th day of November, 2006.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE