IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARCIDUS BAUMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-558-MEF |
| | ) |
| GENERAL INSURANCE COMPANY OF AMERICA, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of General Insurance Company of America's Motion to File Third Party Complaint (Doc. #18) filed on September 5, 2006, it is hereby

ORDERED that the motion is GRANTED. The third party complaint should be filed on or before November 21, 2006.

DONE this 16th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE