**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    awford & Company
    o The Corporation Company
    000 Interstate Park Drive, Ste. 204
    Montgomery, AL 36109

2. Article Number
   (Transfer from service label)

   7003 1010 0000 9898 5340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  S. Slauson
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery   11-22-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv558
   Third pty + cmp

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt    102595-02-M-1540