IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 JAN -5  P 3: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ARCIDUS BAUMS, | * |
| Plaintiff, | * |
| v. | * CASE NO. 3:06-cv-558-MEF |
| GENERAL INSURANCE COMPANY OF AMERICA, CITY OF TUSKEGEE, et al., | * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL

Come now the parties and show unto this Court that this cause is to be dismissed with prejudice, each party to bear his own costs.

Respectfully submitted this 3rd day of Jan., 2006.

_____
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant General Insurance
Company of America

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

1

*/s/ David Martin*
_____
JAMES DAVID MARTIN (MAR120)
MITCHEL H. BOLES (BOL029)
Attorneys for Plaintiff Arcidus Baums

OF COUNSEL:

Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
(334) 834-1180
(334) 834-3172 (fax)
martin@copelandfranco.com
boles@copelandfranco.com